IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SYLVESTER LOCKETT, #207960,           )
                                                           )
              Plaintiff,                              )
                                                           )
       v.                                               )          CIVIL ACTION NO. 2:08cv424-TMH
                                                           )
STATE OF ALABAMA, et al.,                )
                                                           )
              Defendants.                          )

**OPINION**

On June 17, 2008, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 2).  Upon an independent review of the file in

this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that this case is TRANSFERRED to the United States District

Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this the 28th day of July,  2008.


                                   /s/  Truman M. Hobbs
                                   SENIOR UNITED STATES DISTRICT JUDGE